IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

RONALD CURRY,

      Appellant,

v.

Case No.  5D22-2008
LT Case No. 2010-CF-009187-D-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed October 11, 2022

3.800 Appeal from the Circuit Court
for Orange County,
Luis Fernando Calderon, Judge.

Ronald Curry, Orlando, pro se.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene
Matthews, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.


COHEN, SASSO and WOZNIAK, JJ., concur.